IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEN JACKSON and JAMES PURDUE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:03-cv-313-F |
| ) | WO |
| LSI INDUSTRIES, INC. d/b/a LSI ) | |
| Petroleum/Convenience Store Division, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued this day, it is the ORDER, JUDGMENT, and DECREE of the Court that:

(1) Judgment be and is hereby entered in favor of the Defendant and against the Plaintiffs; and

(2) Costs are taxed against Plaintiffs for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 9th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE